■ HILL, DARLINGTON & GRIMM, Defendants-Respondents and Third-Party Plaintiffs-Appellants, v. FEDERAL INSURANCE COMPANY, Third-Party Defendant-Respondent.— Judgment dismissing the third-party complaint unanimously affirmed, with $25 costs to the respondent. No opinion. The order of this court entered on June 17, 1965, is vacated. Concur — Botein, P. J., Rabin, McNally, Eager and Steuer, JJ. [23 A D 2d 331.]

(July 6, 1965)

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE FELD.— Motion to dismiss appeal granted. Under section 517 of the Code of Criminal Procedure no appeal lies to this court from an order denying reargument. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ WILLIAM ANTHONY v. CITY OF NEW YORK.— Motion to dismiss appeal for failure to prosecute granted, with $10 costs. The papers submitted in opposition are insufficient to defeat the motion. ( See *Tonkonogy* v. *Jaffin,* 21 A D 2d 264; *People* v. *Hail Fellows,* 23 A D 2d 734.) Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JESSE SMITH.— Motion to dismiss appeal granted. Under section 517 of the Code of Criminal Procedure no appeal lies to this court from the order entered on December 1, 1964. Concur — Botein, P. J., Breitel, Stevens, Eager and Staley, JJ.